HONORABLE EDWARD F. SHEA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

MICHAEL R. SCHMAHL, individually
and as Personal Representative of the
Estate of F. MAUREEN SCHMAHL;
MARY BOYLE, individually; ANNE
STRATTON, individually; JANIS
WAGGONER, individually; JERRY
SCHMAHL, individually; JAMES
SCHMAHL, individually; and KATHY
LAST, individually,

   Plaintiffs,

 vs.

MACY'S DEPARTMENT STORES,
INC., dba BON-MACY'S, a foreign
corporation,

   Defendant/Third
Party Plaintiff,

 vs.

PALOUSE MALL ASSOCIATES, LLC,
a Washington Corporation,

   Third-Party
Defendant.

NO. 2:09-cv-00068

STIPULATION FOR
AGREED PROTECTIVE
AND CONFIDENTIALITY
ORDER

STIPULATION FOR AGREED PROTECTIVE AND
CONFIDENTIALITY ORDER - 1

012769.090729\#248497.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900  FAX (206) 223-0152

# STIPULATION FOR AGREED PROTECTIVE AND CONFIDENTIALITY ORDER

The parties, by and through their attorneys of record, hereby stipulate that the subjoined "Agreed Protective and Confidentiality Order" may be entered in this matter.

DATED this _____ day of _____, 2010.

PAINE HAMBLEN LLP

By _____
Gregory Arpin, WSBA# 2746
Attorneys for Palouse Mall

REED McCLURE

By  SEE ATTACHED
Anamaria Gil          WSBA #22506
Attorneys for Defendant Macy's

EYMANN ALLISON HUNTER JONES, P.S.

By  SEE ATTACHED
Steven L. Jones, WSBA# 4876
Attorneys for Plaintiff

STIPULATION FOR AGREED PROTECTIVE AND
CONFIDENTIALITY ORDER - 2

012769.090729\#248497.doc

REED MCCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

# STIPULATION FOR AGREED PROTECTIVE AND CONFIDENTIALITY ORDER

The parties, by and through their attorneys of record, hereby stipulate that the subjoined "Agreed Protective and Confidentiality Order" may be entered in this matter.

DATED this 23rd day of February, 2010.

PAINE HAMBLEN LLP

By_____
Gregory Arpin, WSBA# 2746
Attorneys for Palouse Mall

REED McCLURE

By _Anamaria Gil_
Anamaria Gil   WSBA #22506
Attorneys for Defendant Macy's

EYMANN ALLISON HUNTER JONES, P.S.

By_____
Steven L. Jones, WSBA# 4876
Attorneys for Plaintiff

STIPULATION FOR AGREED PROTECTIVE AND
CONFIDENTIALITY ORDER - 2

012769.090729\#248497.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900  FAX (206) 223-0152

## AGREED PROTECTIVE AND CONFIDENTIALITY ORDER

1.  Any party to this litigation may designate as "Confidential" documents and/or information produced by the party or a third party that the party reasonably considers to be private, confidential, trade secret, commercially sensitive, and/or proprietary in nature or involving other privacy rights or interests.

2.  Any documents, information or materials designated as "Confidential" shall not be disclosed, published, disseminated, utilized, exploited or otherwise used in any manner whatsoever other than exclusively for purposes of this litigation and any appeals therefrom.

3.  The parties shall not disclose materials or information designated "Confidential" except to the following: (a) the current parties to this litigation; (b) counsel for the current parties (including staff employed by counsel) (c) consulting or expert witnesses employed by counsel of record for the current parties who agree in writing to be bound by the terms of this Confidentiality Order by executing a Confidentiality Agreement in the form attached hereto as Exhibit A; (d) and to the Court, and jury under such limitations as the Court may determine.

4.  Prior to disclosing any Confidential materials or information to any person enumerated above, counsel must first inform each such person in writing that the documents or information to be disclosed contains or constitutes private, confidential, and/or proprietary business information which may also be trade secrets, that must be kept confidential and may be used solely for the

STIPULATION FOR AGREED PROTECTIVE AND
CONFIDENTIALITY ORDER - 3

012769.090729\#248497.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

1 purposes of this litigation, and also of the restrictions imposed by this Order
2 entered by the Court. The persons granted access to any such documents or
3 information shall not reveal or disclose the contents of the confidential material
4 for any purposes, including, without limitation, any business, professional or
5 commercial purpose, other than those directly relating to this litigation. All
6 such persons shall read this Confidentiality Order or be advised by counsel as to
7 its contents, and shall agree to be bound by its terms. Furthermore, all
8 consultants or experts and their staff, who are to be given access to any
9 confidential material shall first execute a Confidentiality Agreement in the form
10 attached hereto as Exhibit A, acknowledging that they agree to be bound by the
11 terms of this Confidentiality Order and will not reveal the documents or
12 information contained in the confidential materials to any person or entity other
13 than as allowed by this Order. Upon request by a party, the other party shall
14 provide a copy of the written notification or Confidentiality Agreement to any
15 person made in order to comply with this paragraph.
16 5. If any party to this lawsuit believes that any documents it discloses or
17 produces during discovery are confidential, that party shall designate such
18 documents as confidential by marking in a clear, obvious, and permanent
19 manner that identifies the documents as confidential. The marking shall not
20 obstruct or interfere with the substance of the information on each page of a
21 confidential document.
22 Testimony shall be designated confidential and subject to the provisions
23 of this order at the time it is made, or as soon as practicable, but no later than 15
24 business days from the receipt of any transcript of the testimony.
25

STIPULATION FOR AGREED PROTECTIVE AND
CONFIDENTIALITY ORDER - 4

012769.090729\#248497.doc

REED MCCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

6. If a party intends to quote or attach confidential materials or information in any filing with this Court or any Appellate Court (including, without limitation, any pleading, affidavit, declaration, brief, memorandum, appendix, or deposition transcript), then that party shall give seven days notice of such intent to all other parties to provide an opportunity to file a motion to seal or redact such filing. Any pending motion or hearing related to the filing shall be continued until after the motion to seal or redact has been decided by the court.

7. Approval of this Order by counsel shall not be construed as an agreement or admission by any party that any documents produced pursuant to this Order are relevant or material to any issues in this case, or as a waiver of any privilege or right of privacy with respect thereto.

8. Any party may dispute the "Confidential" designation of any materials or information designated Confidential by filing a Motion within 30 days of the designation. Failure to do so waives any claim that the documents or information are <u>not</u> Confidential, absent a showing of good cause why failure to so move should not constitute a waiver.

9. No later than 60 days following the conclusion of this case, including any appeals therefrom, the parties, their counsel, and all persons or entities in possession of confidential materials or information shall either destroy or return all such materials and information to counsel producing them, shall not keep any copies thereof, and shall assure opposing counsel, in writing, that all such documents and information have been returned or destroyed.

10. All confidential information or materials that any party intends to use at trial shall be specifically identified and disclosed to opposing counsel no

STIPULATION FOR AGREED PROTECTIVE AND
CONFIDENTIALITY ORDER - 5

012769.090729W248497.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

later than 30 days before trial so that appropriate protection against publication or dissemination at trial may be sought.

11. This Order shall remain in effect unless or until it is modified by the Court.

DONE IN OPEN COURT this <u>26th</u> day of <u>February</u>, 2010.

s/Edward F. Shea
_____
HONORABLE EDWARD F. SHEA

Presented By:

PAINE HAMBLEN LLP

By _____
Gregory Arpin, WSBA# 2746
Attorneys for Palouse Mall

REED McCLURE

By <u>SEE ATTACHED</u>
Anamaria Gil      WSBA #22506
Attorneys for Defendant Macy's

EYMANN ALLISON HUNTER JONES, P.S.

By <u>SEE ATTACHED</u>
Steven L. Jones, WSBA# 4876
Attorneys for Plaintiff

STIPULATION FOR AGREED PROTECTIVE AND
CONFIDENTIALITY ORDER - 6

012769.090729\#248497.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

1  later than 30 days before trial so that appropriate protection against publication
2  or dissemination at trial may be sought.
3      11.     This Order shall remain in effect unless or until it is modified by
4  the Court.
5      DONE IN OPEN COURT this _____ day of _____,
6  2010.

9                                      _____
                                       HONORABLE EDWARD F. SHEA

10 Presented By:

12 PAINE HAMBLEN LLP                   REED McCLURE

14 By_____         By_____
   Gregory Arpin, WSBA# 2746           Anamaria Gil     WSBA #22506
15 Attorneys for Palouse Mall          Attorneys for Defendant Macy's

17 EYMANN ALLISON HUNTER JONES, P.S.

19 By_____
   Steven L. Jones, WSBA# 4876
21 Attorneys for Plaintiff

STIPULATION FOR AGREED PROTECTIVE AND
CONFIDENTIALITY ORDER - 6

012769.090729\#248497.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

## EXHIBIT A

## CONFIDENTIALITY AGREEMENT

I have read the attached Confidentiality Order entered in this action and dated _____, 2010, I agree to be bound by the terms of the Confidentiality Order, and will not reveal the documents or information contained in the confidential materials to any person or entity other than as allowed by the Confidentiality Order.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this _____ day of _____, 20__, at _____, Washington.

_____
[Name]

_____
[Signature]

STIPULATION FOR AGREED PROTECTIVE AND
CONFIDENTIALITY ORDER - 7

012769.090729\#248497.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900  FAX (206) 223-0152