AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MICHAEL R. SCHMAHL, individually and as Personal Representative of the Estate of F. MAUREEN SCHMAHL; and MARY BOYLE; ANNE STRATTON; JANIS WAGGONER; JERRY SCHMAHL; JAMES SCHMAHL; and KATHY LAST, all individually,

v.

MACY'S DEPARTMENT STORES, INC., dba BON-MACY's, a foreign corporation,
               Defendant/Third-Party Plaintiff,

PALOUSE MALL ASSOCIATES, LLC, a Washington Corporation,    Third-Party Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-0068-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Entering Summary Judgment entered on November 24, 2010, Ct. Rec. 148, judgment is entered as follows:

    (1) Judgment is entered with prejudice in the Mall's favor on Macy's claims; and

    (2) Judgment is entered with prejudice in Macy's favor on the Mall's counterclaims.

11/24/10  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cora Vargas  
*(By) Deputy Clerk*  
Cora Vargas